IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AL-JALEEL SINGLETON, | : | |
|     Plaintiff | : | |
| | : | No. 1:20-cv-1082 |
| v. | : | |
| | : | (Judge Kane) |
| K. BRITTAIN, et al., | : | |
|     Defendants | : | |

**ORDER**

**AND NOW**, on this 9th day of April, 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. 15) is **GRANTED**;

2. The complaint (Doc. No. 2) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                               s/ Yvette Kane
                                                             Yvette Kane, District Judge
                                                             United States District Court
                                                             Middle District of Pennsylvania